FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAR 2 4 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

  Plaintiff/Respondent,

v.

PATRICK JAMES PACHECO,

  Defendant/Movant.

CV 15-1183 KG/WPL
CR 4-1746 KG

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed March 23, 2016. (CV Doc. 7; CR Doc. 47.) The parties filed a Notice of Joint Wavier of Objection Deadline on March 23, 2016. (CV Doc. 9; CR Doc. 49.)

IT IS THEREFORE ORDERED that:

1) the PFRD is adopted as an order of the Court;

2) Pacheco's motion under 28 U.S.C. § 2255 (CV Doc. 1; CR Doc. 40) is granted with respect to his claim under *Johnson v. United States*, --- U.S. ---, 135 S. Ct. 2251, 2563 (2015);

3) the Court will order an expedited new Presentence Report; and

4) this case will be set for resentencing in a forthcoming Order.

UNITED STATES DISTRICT JUDGE